UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

KOSTANTIN LELCAJ,

                Plaintiff,

-against-

ALEJANDRO MAYORKAS, et al.,

                Defendants.

------------------------------------------------------------X

23 Civ. 3597 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, on April 28, 2023, the Complaint for a Writ of Mandamus was filed. It is hereby

    **ORDERED** that the Government shall, by **June 6, 2023**, file a memorandum in opposition to the request for a writ of mandamus. The memorandum shall not exceed fifteen pages. Plaintiff shall, by **June 20, 2023**, file a reply memorandum that shall not exceed ten pages. The memoranda and other materials shall otherwise comply with the Court's Individual Rules.

Dated: May 9, 2023
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**